UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GEORGE P. SALEMO,

        Plaintiff,        CIV. S-04-0196 MCE PAN PS

    v.

                             ORDER

E*TRADE SECURITIES, LLC,

        Defendant.

—oOo—

    On April 14, 2005, prior to the deadline for filing objections to this court's Findings and Recommendations filed April 5, 2005, plaintiff filed a motion requesting extension of the deadline due to limited law library access at the Federal Medical Center where plaintiff is incarcerated.  For good cause shown, Fed. R. Civ. P. 6(b)(1), the deadline for filing objections is hereby extended to Friday, April 29, 2005.

    So ordered.

    Dated:  April 20, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge