IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE P. SALEMO,

        Plaintiff,                CIV. S-04-0196-MCE-PAN-PS

      v.

E*TRADE SECURITIES, LLC,           ORDER

        Defendant.
_____/

        This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302. On April 5, 2005, Judge Nowinski recommended that defendant's motion to compel arbitration and stay these proceedings pending completion of arbitration be granted. On May 2, 2005, plaintiff filed objections to the findings and recommendation.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations filed April 5, 2005, are adopted in full; and

    2.  Defendant's motion to compel arbitration and stay these proceedings pending completion of arbitration is granted.

DATED: **MAY -9 2005** .

UNITED STATES DISTRICT JUDGE

MORRISON C. ENGLAND, JR.

2