UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GEORGE P. SALEMO,

        Plaintiff,        CIV. S-04-0196 MCE PAN PS

    v.

E*TRADE SECURITIES, LLC,        ORDER

        Defendant.

-o0o-

Defendant E-Trade Securities, LLC, has filed a "Substitution of Attorney" signed by defendant, defendant's former counsel Jared Macdonald, and new counsel Jospeh E. Floren. The proposed substitution meets the requirements of E. D. Cal. L. R. 83-182(g).

Accordingly, Joseph E. Floren, of Morgan, Lewis & Bockius, LLP, is hereby approved as defendant's new attorney of

////

////

1  record, effective immediately.

2       IT IS SO ORDERED.

3       Dated:  November 9, 2005.

4                                        /s/ Peter A. Nowinski
                                         PETER A. NOWINSKI
5                                        Magistrate Judge