IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE P. SALEMO,

        Plaintiff,                    No. CIV S-04-0196 MCE EFB PS

      vs.

E*TRADE SECURITIES, LLC,

        Defendant.              ORDER

_____/

       This case, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned under Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On May 9, 2005, the district judge adopted the findings and recommendations of the previously assigned magistrate judge, and ordered the proceedings stayed pending completion of arbitration proceedings.[1] Neither party has filed anything with this court to apprise it of the outcome of those proceedings.

////

////

////

---

[1] This action was reassigned to the undersigned on August 29, 2006.

1

1  The court therefore orders the parties to file a report (either jointly or separately) regarding the
2  status of this action within twenty (20) days from the date of service of this order.
3     SO ORDERED.
4  DATED: June 28, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2