IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE P. SALEMO,

    Plaintiff,                    No. CIV S-04-0196 MCE EFB PS

    vs.

E*TRADE SECURITIES, LLC,

    Defendant.              <u>ORDER</u>

_____/

        This case, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned under Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On May 9, 2005, the district judge adopted the findings and recommendations of the previously assigned magistrate judge, and ordered the proceedings stayed pending completion of arbitration proceedings.[1]

        On June 29, 2007, the court issued an order directing the parties to file a report regarding the status of the action. On July 16, 2007, plaintiff filed a statement indicating that the National Association of Securities Dealers had completed arbitration proceedings on February 15, 2007, and that a decision was forthcoming. Since that time, the court has received no filing from either

---

[1] This action was reassigned to the undersigned on August 29, 2006.

1

1  party regarding the status of this case.  The court therefore orders the parties to file a report
2  (either jointly or separately) regarding the status of this action within twenty (20) days from the
3  date of service of this order.
4      SO ORDERED.
5  DATED:  April 22, 2008.

          EDMUND F. BRENNAN
          UNITED STATES MAGISTRATE JUDGE