IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE P. SALEMO,

    Plaintiff,

vs.

E*TRADE SECURITIES, LLC,

    Defendant.

_____/

No. CIV-S-04-0196 MCE EFB PS

<u>ORDER</u>

    On August 11, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.[1]

    Accordingly, the court presumes any findings of fact are correct. <u>See</u> <u>Orland v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

---

[1] Although it appears from the file that plaintiff's copy of the findings & recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

1

1 | The court has reviewed the applicable legal standards and, good cause appearing,
2 | concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.
3 | Accordingly, IT IS ORDERED that:
4 | 1. The proposed Findings and Recommendations filed August 11, 2008, are ADOPTED;
5 | and
6 | 2. This action is dismissed and the Clerk is directed to close the case. <u>See</u> Fed. R. Civ. P.
7 | 41(b); Local Rules 11-110 and 83-183(b).

Dated: September 25, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE